# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL NO. 3:04cv484

| | |
|---|---|
| BARBARA S. FINN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SWISHER INTERNATIONAL, INC. )<br>and SWISHER HYGIENE )<br>FRANCHISE CORP., )<br>)<br>Defendants. )<br>) | ORDER |

This matter is before the Court on Defendant Swisher Hygiene Franchise Corporation's Motion to Dismiss or in the Alternative for Summary Judgment and Defendant Swisher International, Inc.'s Motion to Dismiss (Doc. No. 7) and supporting memoranda. In his Memorandum and Recommendation ("M&R") (Doc. No. 25), the magistrate judge recommends the undersigned grant the defendants' Motion for Summary Judgment.[1] The plaintiff timely filed objections to the M&R, rendering this Court's standard of review *de novo*. 28 U.S.C. § 636(b)(1) (a party may file specific, written objections to an M&R within ten days after being served with a copy of the recommended disposition); see also Fed. R. Civ. P. 72(b).

After its *de novo* review, the Court finds that there is no genuine issue of material fact in dispute that is not barred by the doctrine of res judicata from further proceedings, as sufficiently set forth in the magistrate judge's M&R.

---

[1] The Magistrate Judge treated the motions of both defendants as summary judgment motions because the parties submitted evidence outside the Complaint.

**IT IS, THEREFORE, ORDERED,** that the defendants' Motions for Summary Judgment (Doc. No. 7) be **GRANTED** and that the Magistrate's M&R (Doc. No. 25) be adopted as the Memorandum for the instant Order.

Signed: July 5, 2007

Robert J. Conrad, Jr.
Chief United States District Judge